# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROBERTS,<br><br>               Petitioner,<br><br>     v.<br><br>CHRISTIAN PFEIFFER,<br><br>               Respondent. | Case No. 2:22-cv-00669-FWS-MAR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

Dated: January 20, 2023

_[signature]_

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE